

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

In re A.V., a juvenile,

No. 11-22-00361-CV

* Original Habeas Corpus Proceeding

* January 5, 2023

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered A.V.'s application for writ of habeas corpus and concludes that the application for writ of habeas corpus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the application for habeas corpus is dismissed.